## PAULK, survivor, *v.* HAWKINS.

This court will not reverse a judgment refusing to sanction a petition for certiorari, when it affirmatively appears from the bill of exceptions that the petition was not verified.

Submitted November 18, — Decided December 15, 1898.

Certiorari. Before Judge Smith. Irwin superior court. June 20, 1898.

*R. A. Hendricks*, for plaintiff.

LUMPKIN, P. J. It appears in this case that a petition for certiorari, alleging the commission of errors in a justice's court, was presented to the judge of the superior court. His refusal to sanction the same is here assigned as error. The bill of exceptions recites that the petition was not sworn to. Section 4638 of the Civil Code expressly provides that no writ of certiorari shall be granted or issued in such a case, unless the applicant shall make the affidavit therein provided for. The making of this affidavit is therefore an indispensable prerequisite to a sanction by the judge.

*Judgment affirmed.   All the Justices concurring.*